JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 20, 2009

Check No. 1766585

Check Amount: $18,210.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-43750-R | 00026 | ROGER ALAN STORMENT, JR. & CASEY ELIZABETH STORMENT | 3 | 0967 | 36.36 | 0.00 | 36.36 |
| | | Original check written to: WASHINGTON MUTUAL HOME LOANS 7800 NORTH 113TH STREET MILWAUKEE, WI 53224-3135 | | | | | |
| 04-44129-R | 00020 | DANIEL ALLEN DESANDRE | 1 | XXXXX3084 | 24.03 | 0.00 | 24.03 |
| | | Original check written to: AMERICAN ELECTRIC POWER CO. P. O. BOX 180 TULSA, OK 74101-0180 | | | | | |
| 04-44632-R | 00033 | ROBERT & JENIFER BERGSTROM | 3 | 9559 | 50.62 | 0.00 | 50.62 |
| | | Original check written to: PALISADES COLLECTION, INC. OSI PORTFOLIO SERVICES P. O. BOX 105460 ATLANTA, GA 30348-5460 | | | | | |
| 04-46015-R | 00009 | MANUEL & BELINDA PEREZ | 6 | XXXXX8438 | 350.98 | 0.00 | 350.98 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 04-46015-R | 00010 | MANUEL & BELINDA PEREZ | 2 | 1177 | 6.96 | 0.77 | 7.73 |
| | | Original check written to: DAIMLERCHRYSLER SERVICES TRUSTEE PAYMENTS-DEPT.100301 P. O. BOX 55000 DETROIT, MI 48255-1003 | | | | | |
| 04-46015-R | 00022 | MANUEL & BELINDA PEREZ | 13 | XXXXX5005 | 392.05 | 69.29 | 461.34 |
| | | Original check written to: DENTON COUNTY C/O MCCREARY, ET AL P. O. BOX 26990 AUSTIN, TX 78755 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 20, 2009

Check No. 1766585

Check Amount: $18,210.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-50273-R | 00040 | MALCOLM LIVINGSTON & LUCY ANN DAVIS | 9 | XXXXX5970 | 260.87 | 34.80 | 295.67 |
| | | Original check written to: MOUNT VERNON ISD C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2691 | | | | | |
| 04-50282-R | 00004 | TERRY L. & CINDA B. HILLIS | 2 | XXXXX9-01 | 98.32 | 4.62 | 102.94 |
| | | Original check written to: BOWIE CAD C/O MCCREARY VESELKA BRAGG ETAL P. O. BOX 26990 AUSTIN, TX 78755 | | | | | |
| 04-50282-R | 00016 | TERRY L. & CINDA B. HILLIS | 1 | XXXXX7187 | 326.78 | 0.00 | 326.78 |
| | | Original check written to: SOVEREIGN BANK C/O NUVELL FINANCIAL SERVICES P. O. BOX 7100 LITTLE ROCK, AR 72223-7100 | | | | | |
| 04-50342-R | 00027 | MARILYN LOUISE NIELSEN | 6 | XXXXX7220 | 0.20 | 0.00 | 0.20 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 05-30173-R | 00016 | JACQUELYN M. MESSINGER | 9 | XXXXX0903 | 432.88 | 137.86 | 570.74 |
| | | Original check written to: FANNIN CAD C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2691 | | | | | |
| 05-40007-R | 00050 | TIMOTHY K. & JUDY A. RICE | 6 | 5242 | 4.02 | 0.00 | 4.02 |
| | | Original check written to: ROBERT C. BERGERON 1721 S. AUSTIN DENISON, TX 75020-6709 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 20, 2009

Check No. 1766585

Check Amount: $18,210.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-40805-R | 00018 | JOHN T. SMITH | 5 | XXXXX7521 | 714.22 | 58.05 | 772.27 |
| | | Original check written to: <br> WASHINGTON MUTUAL HOME LOANS <br> 7800 NORTH 113TH STREET <br> MILWAUKEE, WI 53224-3135 | | | | | |
| 05-43479-R | 00014 | MICHAEL A. MORALE II & RENDY L. MORALE | 10 | 2791 | 326.63 | 0.00 | 326.63 |
| | | Original check written to: <br> NCO FINANCIAL SYSTEMS, INC. <br> P. O. BOX 15456 <br> WILMINGTON, DE 19850-5456 | | | | | |
| 05-44309-R | 00021 | MARVIN L. & GAYLA S. ANDERSON | 5 | XXXXX0080 | 144.80 | 27.36 | 172.16 |
| | | Original check written to: <br> QUINLAN ISD <br> C/O PERDUE, BRANDON, FIELDER <br> P. O. BOX 2007 <br> TYLER, TX 75710-2007 | | | | | |
| 05-48678-R | 10016 | LESLIE ANNE SLY | 2 | XXXXX9001 | 2.69 | 0.00 | 2.69 |
| | | Original check written to: <br> WELLS FARGO BANK <br> LOSS RECOVERY CENTER <br> P. O. BOX 30095 <br> WALNUT CREEK, CA 94598 | | | | | |
| 05-49052-R | 00017 | WILLIAM ERNEST & CHRISTINE LEE BROWN | 9 | XXXXX7327 | 181.50 | 0.00 | 181.50 |
| | | Original check written to: <br> CHEVRON USA <br> P. O. BOX 5010 <br> ROOM 1242, SECTION 156 <br> CONCORD, CA 94524-0010 | | | | | |
| 06-40477-R | 00023 | SANDRA K. BEAM | 8 | XXXXX5599 | 888.41 | 17.35 | 905.76 |
| | | Original check written to: <br> GRAYSON COUNTY <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2637 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 20, 2009

Check No. 1766585

Check Amount: $18,210.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40709-R | 00003 | RONALD EARL & JANET MARY GATES | 3 | 5883 | 995.40 | 0.00 | 995.40 |
| | | Original check written to:<br>WELLS FARGO<br>P. O. BOX 30086<br>LOS ANGELES, CA 90030-0086 | | | | | |
| 06-41459-R | 00022 | JAMES A. & DEBRA A. CUDE | 12 | 1139 | 0.00 | 1.08 | 1.08 |
| | | Original check written to:<br>UNITED AUTO CREDIT CORP<br>P. O. BOX 560567<br>DALLAS, TX 75356 | | | | | |
| 07-40670-R | 00032 | FRANK W. THOMPSON | 7 | XXXXX9573 | 0.00 | 0.46 | 0.46 |
| | | Original check written to:<br>CITY OF RICHARDSON<br>C/O LINEBARGER GOGGAN ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2644 | | | | | |
| 07-41612-R | 00007 | GARY S. GRIFFETH | 4 | XXXXX7509 | 110.80 | 103.98 | 214.78 |
| | | Original check written to:<br>NORTHWEST ISD<br>C/O LINEBARGER GOGGAN ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2644 | | | | | |
| 08-40242-R | 00009 | LARRY G. FREEMAN | 4 | 5351 | 0.00 | 0.58 | 0.58 |
| | | Original check written to:<br>LITTON LOAN SERVICING, LP<br>P. O. BOX 4387<br>HOUSTON, TX 77210-4387 | | | | | |
| 08-40242-R | 00010 | LARRY G. FREEMAN | 6 | XXXXX0-0C | 0.00 | 3.79 | 3.79 |
| | | Original check written to:<br>ROCKWALL CAD<br>C/O LINEBARGER GOGGAN ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2691 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 20, 2009

Check No. 1766585

Check Amount: $18,210.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-40520-R | 00037 | CHAD A. & STEPHANIE L. ROBERTS | 5 | 3820 | 11.87 | 2.33 | 14.20 |
| | | Original check written to:<br>STERLING INC.<br>C/O TRAUNER COHEN & THOMAS<br>5901-C PEACHTREE DUNWOODY ROAD<br>SUITE 500<br>ATLANTA, GA 30328 | | | | | |
| 08-40789-R | 00001 | JAMES C. GEWIN | 5 | 7318 | 0.00 | 1.18 | 1.18 |
| | | Original check written to:<br>CITY OF GARLAND<br>P. O. BOX 461407<br>GARLAND, TX 75074 | | | | | |
| 08-42636-R | 00007 | BRODRICK DONNELL FARRAR, SR. & JULIE LYNETTE FARRAR | 4 | 2403 | 0.00 | 5.73 | 5.73 |
| | | Original check written to:<br>SAXON MORTGAGE SERVICES, INC.<br>1270 NORTHLAND DRIVE<br>SUITE 200<br>MENDOTA HEIGHTS, MN 55120-1176 | | | | | |
| | | | | **TOTALS** | $5,360.39 | **$469.23** | **$5,829.62** |